1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ERIANNA GUERARD, individually and as Special Administrator of the Estate of ANN GARAT, decedent, and GALEN DUCEY, individually and on behalf of all others similarly situated,, <br><br> Plaintiff, <br><br> vs. <br><br> CNA FINANCIAL CORP. sued herein as CNA INSURANCE COMPANIES, doing business as Continental Casualty Company, a Corporation; CAMMY WESSON-COHEN, an individual; SUZE ORMAN FINANCIAL GROUP, a business entity, formerly unknown, SUZE ORMAN, individually, LONG T, <br><br> Defendant. | CASE No. 4:09-CV-01801-SBA <br><br> **ORDER GRANTING STIPULATION FOR MUTUAL EXTENSION OF TIME FOR CNA AND PLAINTIFFS TO FILE REPLY MEMORANDA** <br><br><br> Date:  July 14, 2009 <br> Time:  1:00 p.m. <br> Place:  Courtroom 3 <br><br> Hon. Saundra Brown Armstrong <br><br> Removal Filed:  April 24, 2009 <br> Trial Date:  None set |

WILDMAN, HARROLD,
ALLEN & DIXON, LLP
9665 Wilshire Blvd.,
Suite 200
Beverly Hills, CA 90212
310-860-3800

WILDM
ALLEN
9665 Wilshire Blvd.,
Suite 200
Beverly Hills, CA 90212
310-860-3800

# **ORDER**

WHEREFORE Plaintiffs and Defendant CNA FINANCIAL CORP., sued herein as CNA INSURANCE COMPANIES, doing business as Continental Casualty Company, a Corporation ("CNA"), by and through their respective counsel of record, filed a Stipulation on June 29, 2009, requesting a mutual extension of time to July 2, 2009, to file their respective replies in support of pending motions.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:  6/30/09

By: ___*Saundra B. Armstrong*___
Hon. Saundra B. Armstrong,
United States District Court Judge

WILDMAN, HARROLD,
ALLEN & DIXON, LLP
9665 Wilshire Blvd.,
Suite 200
Beverly Hills, CA 90212
310-860-3800