UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ERIANNA GUERARD, individually and as Special Administrator of the Estate of ANN GARAT, decedent; and GALEN DUCEY;<br><br>Plaintiffs,<br><br>v.<br><br>CNA FINANCIAL CORP. sued herein as CNA INSURANCE COMPANIES, doing business as Continental Casualty Company, a Corporation; CAMMY WESSON-COHEN, an individual; SUZE ORMAN FINANCIAL GROUP, a business entity form unknown, and SUZE ORMAN, individually, and LONG TERM CARE GROUP, INC., and DOES 1 Through 10, inclusive;<br><br>Defendants. | CASE NO. 3:09-CV-01801-SBA<br><br>**ORDER EXTENDING RULE 26 DISCLOSURE DEADLINES**<br><br>Place   Courtroom 3<br>          Hon. Sandra Brown Armstrong<br><br>Removal Filed: April 24, 2009<br>Trial Date: None set |

Pursuant to stipulation of the parties hereto by and through their respective counsel of record filed commensurate with the filing of this proposed order and good cause appearing therefore based upon such stipulation and the continuation sua sponte of the hearing on the pending motions for remand and to dismiss, it is hereby ordered that the deadlines for the following with respect to Rule 26 disclosures are hereby continued as follows:

1. Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan continued from July 20, 2009 to August 20, 2009;

2. Last day to file ADR certification sign by Parties and Counsel continued from July 20, 2009 to August 20, 2009;

3. Last Day to file either Stipulation to ADR Process or Notice of Need for ADR Phone



4844-4474-7524.1

PROPOSED ORDER GRANTING STIPULATION CONTINUING RULE 26 DEADLINES

1  Conference continued from July 20, 2009 to August 20, 2009;

2  4. Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule
3  26(f) Report and file Case Management Statement continued from August 3, 2009 to
4  September 3, 2009.

6  **IT IS SO ORDERED.**

9  Dated: 1/15/09

                                                                                                                      HON. SAUNDRA BROWN ARMSTRONG
                                                                                                                      UNITED STATES DISTRICT JUDGE


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW