UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ERIANNA GUERARD, individually and as Special Administrator of the Estate of ANN GARAT, decedent; and GALEN DUCEY;<br><br>Plaintiffs,<br><br>v.<br><br>CNA FINANCIAL CORP. sued herein as CNA INSURANCE COMPANIES, doing business as Continental Casualty Company, a Corporation; CAMMY WESSON-COHEN, an individual; SUZE ORMAN FINANCIAL GROUP, a business entity form unknown, and SUZE ORMAN, individually, and LONG TERM CARE GROUP, INC., and DOES 1 Through 10, inclusive;<br><br>Defendants. | CASE NO. 3:09-CV-01801-SBA<br><br>[PROPOSED] ORDER EXTENDING RULE 26 DISCLOSURE DEADLINES<br><br>Place   Courtroom 3<br>Hon. Sandra Brown Armstrong<br><br>Removal Filed: April 24, 2009<br>Trial Date: None set |

Pursuant to stipulation of the parties hereto by and through their respective counsel of record filed commensurate with the filing of this proposed order and good cause appearing therefore based upon such stipulation and the continuation sua sponte of the hearing on the pending motions to dismiss, it is hereby ordered that the following deadlines with respect to Rule 26 are hereby continued as follows:

1. Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan to be continued from August 20, 2009 to September 22, 2009;

2. Last day to file ADR certification sign by Parties and Counsel continued from August 20, 2009 to September 22, 2009;

3. Last Day to file either Stipulation to ADR Process or Notice of Need for ADR Phone

1  Conference to be continued from August 20, 2009 to September 22, 2009;

2      4.    Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement to be continued from September 3, 2009 to October 2, 2009.

**IT IS SO ORDERED.**

Dated: __AUGUST 27____, 2009

_____
HON. SANDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE



4814-7577-6004.1

2

PROPOSED ORDER GRANTING STIPULATION CONTINUING RULE 26 DEADLINES